UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6:13-bk-02557-ABB

In re:
PAUL LEE WILLRETT,
    Debtor.
_____/

__X__ **Chapter 13 Plan**              ___ **Amended Chapter 13 Plan**

COMES NOW, the Debtor and files this Chapter 13 Plan. The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1. | $2,055.00 |
| 2-12 | $1,738.00 |
| 13-60 | $1,507.00 |

The Debtor shall pay by **money order, cashier's check or wage deduction,** TO LAURIE K. WEATHERFORD, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**ATTORNEY FEES**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Number |
|---|---|---|---|
| JAMES FEUERSTEIN | $2,500.00 | $208.33 | 1-12 |

**PRIORITY CLAIMS**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| MEDIATION FEE | | $385.00 | 1 |

**SECURED CLAIMS**

| SECURED CREDITOR | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| BANK OF AMERICA, N.A. | $140,042.17 | $1,122.88 | 1-60 |

This payment is based on 31% of income Motion for Referral for Mortgage Mediation is filed

| SECURED GAP | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| BANK OF AMERICA, N.A. | $1,122.88 | $18.71 | 1-60 |

**SECURED**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Ally Financial | $11,246.00 | $213.83 | 1-60 |

2007 GMC Envoy(this debt is being paid at 5.5%)

**LIENS TO BE AVOIDED**
NONE

**PROPERTY TO BE SURRENDERED**

**Creditor Name:**          **Property Address:**
NONE

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

(motion to value must be filed consistent with plan treatment)

**Executory Contracts:**

The following Executory Conracts are assumed

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**The following Executory Contracts are rejected:**
Name of Creditor:          Description of Collateral:

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: _____%

Property of the Estate revests in the Debtor upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor was furnished by United States mail, postage prepaid, to ALL creditors and Parties in Interest as listed on the Court's Matrix as attached, this 26th day of March, 2013.

/s/ James F. Feuerstein
_____
JAMES F. FEUERSTEIN
Florida Bar NO.: 0708909
303 N. St. Clair Abrams Avenue
Tavares, FL 32778
(352) 253-9700
james@lakecountylaw.com
jeanne@lakecountylaw.com
Attorney for Debtor

Chapter 13 Form Plan

Starting Payment Month                                                    Apr-13

## EXHIBIT A - Plan
### WILLRETT, PAUL LEE, CASE NO 6-BK-2557

| Payment Number | Month | Bank of Americ Mortgage | Gap | Ally | James Feuerstein | Mediation Fee | Unsecured Debt | Trustee Fee | Debtor's Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ 0.00 | | |
| 1 | Apr-13 | 1,122.88 | 18.71 | 213.83 | 208.33 | 285.00 | 0.75 | 205.50 | 2,055.00 |
| 2 | May-13 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 173.80 | 1,738.00 |
| 3 | Jun-13 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 173.80 | 1,738.00 |
| 4 | Jul-13 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 173.80 | 1,738.00 |
| 5 | Aug-13 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 173.80 | 1,738.00 |
| 6 | Sep-13 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 173.80 | 1,738.00 |
| 7 | Oct-13 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 173.80 | 1,738.00 |
| 8 | Nov-13 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 173.80 | 1,738.00 |
| 9 | Dec-13 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 173.80 | 1,738.00 |
| 10 | Jan-14 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 173.80 | 1,738.00 |
| 11 | Feb-14 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 173.80 | 1,738.00 |
| 12 | Mar-14 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 173.80 | 1,738.00 |
| 13 | Apr-14 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 14 | May-14 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 15 | Jun-14 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 16 | Jul-14 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 17 | Aug-14 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 18 | Sep-14 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 19 | Oct-14 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 20 | Nov-14 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 21 | Dec-14 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 22 | Jan-15 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 23 | Feb-15 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 24 | Mar-15 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 25 | Apr-15 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 26 | May-15 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 27 | Jun-15 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 28 | Jul-15 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 29 | Aug-15 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 30 | Sep-15 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 31 | Oct-15 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 32 | Nov-15 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 33 | Dec-15 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 34 | Jan-16 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 35 | Mar-16 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 36 | Apr-16 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 37 | May-16 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 38 | Jun-16 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 39 | Jul-16 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 40 | Aug-16 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 41 | Sep-16 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 42 | Oct-16 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 43 | Nov-16 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 44 | Dec-16 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 45 | Jan-17 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 46 | Feb-17 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 47 | Mar-17 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 48 | Apr-17 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 49 | May-17 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 50 | Jun-17 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 51 | Jul-17 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 52 | Aug-17 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 53 | Sep-17 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 54 | Oct-17 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 55 | Nov-17 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 56 | Dec-17 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 57 | Jan-18 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 58 | Feb-18 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 59 | Mar-18 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| 60 | Apr-18 | 1,122.88 | 18.71 | 213.83 | | | 0.88 | 150.70 | 1,507.00 |
| Totals | | 67,372.80 | 1,122.60 | | | | 47.94 | 9,350.90 | 93,509.00 |
| | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| | | 67,372.80 | 1,122.60 | | | | 47.94 | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:13-bk-02557-ABB<br>Middle District of Florida<br>Orlando<br>Wed Mar 27 08:34:23 EDT 2013 | Bank of America, N.A.<br>Kahane and Associates, PA<br>8201 Peters Road<br>Suite 3000<br>Plantation, FL 33324-3292 | Paul Lee Willrett<br>9909 Canterbury Drive<br>Leesburg, FL 34788-3612 |
| AT & T Mobility<br>P.O. Box 538695<br>Atlanta, GA 30353-8695 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | Bank of America, N.A.<br>Attn: bankruptcy/MC<br>NC4-105-03-14<br>PO Box 26012<br>Greensboro, NC 27420-6012 |
| Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Commerce Bk<br>P.o. Box 411036<br>Kansas City, MO 64141-1036 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Global Netwk<br>5320 College Blvd<br>Shawnee Missio, KS 66211-1621 | Ic Systems Inc<br>Po Box 64378<br>St. Paul, MN 55164-0378 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Kia Motors Finance Co<br>10550 Talbert Ave<br>Fountain Valley, CA 92708-6031 | Lake County Tax Collector<br>Attn:  Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 | North Amercn<br>2810 Walker Rd<br>Chattanooga, TN 37421-1082 |
| United Collection Serv<br>106 Commerce St Ste 106<br>Lake Mary, FL 32746-6217 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 |
| James P Feuerstein +<br>James F. Feuerstein, P.A.<br>303  North St Clair Abrams Avenue<br>Tavares, FL 32778-3064 | Jason A. Weber +<br>Kahane and Associates, P.A.<br>8201 Peters Road, Ste 3000<br>Plantation, FL 33324-3292 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman
Orlando

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20