UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6:13-bk-02557-ABB

In re:
PAUL LEE WILLRETT,
    Debtor.
_____/

___ **Chapter 13 Plan**　　　　　_X_ **Amended Chapter 13 Plan**

    COMES NOW, the Debtor and files this Chapter 13 Plan. The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1-3 | $1,738.00 |
| 4-12 | $1,479.00 |
| 13-60 | $1,248.00 |

    The Debtor shall pay by **money order, cashier's check or wage deduction,** TO LAURIE K. WEATHERFORD, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**ATTORNEY FEES**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Number |
|---|---|---|---|
| JAMES FEUERSTEIN | $2,500.00 | $208.33 | 1-12 |

**PRIORITY CLAIMS**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**SECURED CLAIMS**

| SECURED CREDITOR | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| BANK OF AMERICA, N.A. | $140,042.17 | $1,122.88 | 1-3 |
|  |  | $932.00 | 4-60 |

**This payment is based on 31% of income Motion for Referral for Mortgage Mediation is filed**

| SECURED GAP | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| BANK OF AMERICA, N.A. | $932.00 | $18.71 | 1-3 |
|  |  | $15.53 | 4-60 |

**SECURED**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Ally Financial | $9393.47 | $213.83 | 1-3 |
|  |  | $174.16 | 4-60 |

2007 GMC Envoy(this debt is being paid at 4.9%)

**LIENS TO BE AVOIDED**
NONE

**PROPERTY TO BE SURRENDERED**

Creditor Name:                              Property Address:
Kia Motors Finance

Valuation of Security:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

(motion to value must be filed consistent with plan treatment)

Executory Contracts:

The following Executory Conracts are assumed

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**The following Executory Contracts are rejected:**
Name of Creditor:              Description of Collateral:

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: _____%

Property of the Estate revests in the Debtor upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor was furnished by United States mail, postage prepaid, to ALL creditors and Parties in Interest as listed on the Court's Matrix as attached, this 17th day of June, 2013.

/s/ James F. Feuerstein
JAMES F. FEUERSTEIN
Florida Bar NO.: 0708909
303 N. St. Clair Abrams Avenue
Tavares, FL  32778
(352) 253-9700
james@lakecountylaw.com
jeanne@lakecountylaw.com
Attorney for Debtor

Chapter 13 Form Plan

Starting Payment Month                                                          Apr-13

## EXHIBIT A - Plan
WILLRETT, PAUL LEE, CASE NO 6-BK-2557

| Payment Number | Month | Bank of America Mortgage | Gap | Ally | James Feuerstein | Mediation Fee | Unsecured Debt | Trustee Fee | Debtor's Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ 0.00 | | |
| 1 | Apr-13 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 205.50 | 1,738.00 |
| 2 | May-13 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 173.80 | 1,738.00 |
| 3 | Jun-13 | 1,122.88 | 18.71 | 213.83 | 208.33 | | 0.45 | 173.80 | 1,738.00 |
| 4 | Jul-13 | 932.00 | 15.53 | 174.16 | 208.33 | | 1.08 | 147.90 | 1,479.00 |
| 5 | Aug-13 | 932.00 | 15.53 | 174.16 | 208.33 | | 1.08 | 147.90 | 1,479.00 |
| 6 | Sep-13 | 932.00 | 15.53 | 174.16 | 208.33 | | 1.08 | 147.90 | 1,479.00 |
| 7 | Oct-13 | 932.00 | 15.53 | 174.16 | 208.33 | | 1.08 | 147.90 | 1,479.00 |
| 8 | Nov-13 | 932.00 | 15.53 | 174.16 | 208.33 | | 1.08 | 147.90 | 1,479.00 |
| 9 | Dec-13 | 932.00 | 15.53 | 174.16 | 208.33 | | 1.08 | 147.90 | 1,479.00 |
| 10 | Jan-14 | 932.00 | 15.53 | 174.16 | 208.33 | | 1.08 | 147.90 | 1,479.00 |
| 11 | Feb-14 | 932.00 | 15.53 | 174.16 | 208.33 | | 1.08 | 147.90 | 1,479.00 |
| 12 | Mar-14 | 932.00 | 15.53 | 174.16 | 208.33 | | 1.08 | 147.90 | 1,479.00 |
| 13 | Apr-14 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 14 | May-14 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 15 | Jun-14 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 16 | Jul-14 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 17 | Aug-14 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 18 | Sep-14 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 19 | Oct-14 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 20 | Nov-14 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 21 | Dec-14 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 22 | Jan-15 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 23 | Feb-15 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 24 | Mar-15 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 25 | Apr-15 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 26 | May-15 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 27 | Jun-15 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 28 | Jul-15 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 29 | Aug-15 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 30 | Sep-15 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 31 | Oct-15 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 32 | Nov-15 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 33 | Dec-15 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 34 | Jan-16 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 35 | Mar-16 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 36 | Apr-16 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 37 | May-16 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 38 | Jun-16 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 39 | Jul-16 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 40 | Aug-16 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 41 | Sep-16 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 42 | Oct-16 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 43 | Nov-16 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 44 | Dec-16 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 45 | Jan-17 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 46 | Feb-17 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 47 | Mar-17 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 48 | Apr-17 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 49 | May-17 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 50 | Jun-17 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 51 | Jul-17 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 52 | Aug-17 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 53 | Sep-17 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 54 | Oct-17 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 55 | Nov-17 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 56 | Dec-17 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 57 | Jan-18 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 58 | Feb-18 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 59 | Mar-18 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| 60 | Apr-18 | 932.00 | 15.53 | 174.16 | | | 1.51 | 124.80 | 1,248.00 |
| Totals | | 56,492.64 | 941.34 | | | | 83.55 | 7,874.60 | 78,429.00 |
| | | 0.00 | 0.00 | | | | 0.00 | 0.00 | |
| | | 56,492.64 | 941.34 | | | | 83.55 | | |

```
Label Matrix for local noticing      Bank of America, N.A.              Paul Lee Willrett
113A-6                               Kahane and Associates, PA          9909 Canterbury Drive
Case 6:13-bk-02557-ABB               8201 Peters Road                   Leesburg, FL 34788-3612
Middle District of Florida           Suite 3000
Orlando                              Plantation, FL 33324-3292
Thu Jun 13 12:57:28 EDT 2013

AT & T Mobility                      AT&T Mobility II LLC               Ally Financial
P.O. Box 538695                      % AT&T Services, Inc               200 Renaissance Ctr
Atlanta, GA 30353-8695               Karen Cavagnaro, Paralegal         Detroit, MI 48243-1300
                                     One AT&T Way, Room 3A231
                                     Bedminster, NJ 07921-2693

Ally Financial                       Bank of America, N.A.              Commerce Bank
PO Box 130424                        Attn: bankruptcy/MC                P O BOX 419248
Roseville, MN 55113-0004             NC4-105-03-14                      KCREC-10
                                     PO Box 26012                       Kansas City, MO 64141-6248
                                     Greensboro, NC 27420-6012

Commerce Bk                          Florida Department of Revenue      Global Netwk
P.o. Box 411036                      Bankruptcy Unit                    5320 College Blvd
Kansas City, MO 64141-1036           Post Office Box 6668               Shawnee Missio, KS 66211-1621
                                     Tallahassee FL 32314-6668

Ic Systems Inc                       Internal Revenue Service           KIA Motors Finance
Po Box 64378                         Post Office Box 7346               PO Box 20825
St. Paul, MN 55164-0378              Philadelphia PA 19101-7346         Fountain Valley, CA 92728-0825

Kia Motors Finance Co                Lake County Tax Collector          North Amercn
10550 Talbert Ave                    Attn:  Bob McKee                   2810 Walker Rd
Fountain Valley, CA 92708-6031       Post Office Box 327                Chattanooga, TN 37421-1082
                                     Tavares FL 32778-0327

United Collection Serv               Laurie K Weatherford +             United States Trustee - ORL7/13 7+
106 Commerce St Ste 106              Post Office Box 3450               Office of the United States Trustee
Lake Mary, FL 32746-6217             Winter Park, FL 32790-3450         George C Young Federal Building
                                                                        400 West Washington Street, Suite 1100
                                                                        Orlando, FL 32801-2217

James F Feuerstein +                 Jason A. Weber +                   Note: Entries with a '+' at the end of the
James F. Feuerstein, P.A.            Kahane and Associates, P.A.        name have an email address on file in CMECF
303  North St Clair Abrams Avenue    8201 Peters Road, Ste 3000
Tavares, FL 32778-3064               Plantation, FL 33324-3292
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Arthur B. Briskman                (u)Bank of America, N.A.,          End of Label Matrix
Orlando                              c/o Kahane and Associates, PA      Mailable recipients    23
                                     8201 Peters Road, Suite 3000, Plantation  Bypassed recipients     2
                                                                        Total                  25
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO:    6:13-bk-02557

In re:

PAUL LEE WILLRETT,
    Debtor.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the AMENDED CHAPTER '13" PLAN was served on this the 17th day of June, 2013 by either electronic transmission to ECF users or by U.S. Mail to: Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, FL 32790 and to ALL creditors and Parties in Interest as listed on the Court's Matrix as attached.

    /s/ James F. Feuerstein
    James F. Feuerstein, P.A.
    Florida Bar no. 0708909
    303 N. St. Clair Abrams Avenue
    Tavares, FL 32778
    james@lakecountylaw.com
    jeanne@lakecountylaw.com
    (352) 253-9700
    (352) 253-9704
    Attorney for Debtor(s)