UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6:13-bk-02557-ABB

In re:
PAUL LEE WILLRETT,
    Debtor.
_____/

### ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION TRIAL AGREEMENT
### (Docket #21)

This cause having come before this Court on the Debtor's Motion to Approve Mortgage Modification Trial Agreement (Doc # 21), and this Court having considered the matter and having found that it does have merit, ORDERS AS FOLLOWS:

1.     The motion is granted

2.     The "Trial Modification Agreement" with BANK OF AMERICA, is hereby approved and the parties are ordered to comply with the terms of the agreement.

3.     The first modified payment of $932.00 will be due beginning on July 1, 2013 for a trial period of three months ending on September 1, 2013.

4.     The "Trial Modification Agreement" is a condition to receiving the modification to resolve the delinquency in debtor's loan in the amount of $24,298.11, which includes regular monthly principal, interest, escrow payments, late charges and other expenses, costs and/or fees.

5. The "Trial Modification Agreement" provides that successful completion of the trial plan payments are required for BANK OF AMERICA to complete their review of the mortgage for possible loan modification.

DONE and ORDERED in Orlando, Florida, this 23rd day of July, 2013.

ARTHUR B. BRISKMAN
United States Bankruptcy Judge

James F. Feuerstein, Attorney for Debtor is directed to serve a copy of this order on interested parties and file proof of service within 3 days of entry of order.